IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-379-BO

| | | |
|---|---|---|
| PATCH RUBBER COMPANY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KIRK TOELKE, | ) | |
|     Defendant. | ) | |

This cause comes before the Court on the parties' joint motion to extend the temporary restraining order entered on May 20, 2013, in Nash County Superior Court. For good cause shown and with the consent of the adverse party, the joint motion [DE 9] is GRANTED. Fed. R. Civ. P. 65(b)(2). The temporary restraining order shall remain in full force and effect until June 6, 2013, at 2:00 p.m.

Plaintiff's motion to set a hearing on its motion for preliminary injunction [DE 11] is also GRANTED. A hearing on the motion shall be held before the undersigned on June 6, 2013, at 2:00 p.m. at Raleigh, North Carolina.

Finally, non-party REMA TIP TOP/ North America, Inc.'s (REMA) consent emergency motion for leave to intervene [DE 12] is also GRANTED. REMA has demonstrated that it has an interest in the subject matter of the action, that disposition of the action may practically impair or impede REMA's ability to protect its interest, and that REMA's interest is not adequately represented by the existing parties. Fed. R. Civ. P. 24(a)(2). REMA is permitted, therefore, with consent of plaintiff and defendant, to intervene in this matter for the limited purpose of protecting

against unwarranted and overbroad discovery by plaintiff of its confidential and proprietary information.

SO ORDERED, this **30** day of May, 2013.

*[signature: Terrence Boyle]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2